# Exhibit 27

## U.S. PATENT NO. 12,051,067

### Accused Products:

Coinbase's products and services utilizing the Cross-Chain Transfer Protocol (CCTP), including but not limited to Coinbase Wallet and Base applications, infringe at least Claim 1 of the '067 Patent.

Evidence cited and discussion of any given claim element is incorporated by reference into the evidence cited and discussion of all other relevant claim elements.

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1 [pre] A cross-blockchain value transfer approval method comprising the steps of: | The Accused Products perform a cross-blockchain value transfer approval method.<br><br>For example, USD Coin (USDC) stablecoin can be purchased and swapped with Coinbase Platform, Wallet, Exchange, Base application, Coinbase Developer Platform (CDP) products, and/or Coinbase Agentic Wallet, among others. Through those products and services, Coinbase allows users to transfer USDC tokens between blockchain networks. For example, Coinbase Platform, Wallet, Base application, Coinbase Developer Platform (CDP) products, and/or Coinbase Agentic Wallet all allow users to transfer USDC tokens from one block chain network (such as, Ethereum) to a different blockchain network (such as, Base, Polygon, or Solana).<br><br>*See, e.g.*:<br><br>**coinbase** HELP<br><br>## USDC on the Base app<br><br>USD Coin (USDC) is a stablecoin pegged to the US dollar and redeemable on a 1:1 basis for US dollars, backed by dollar-denominated assets held in segregated accounts with US-regulated financial institutions. |

1

**coinbase** HELP

# Swapping USDC

The Base app supports cross-chain swaps for assets on Ethereum, Base, Arbitrum, BNB chain, Avalanche C-Chain, Polygon, Optimism, and Solana networks. You can swap to and from USDC on any of these chains when you need one side of your swap to have a stable hold of value.

**To swap tokens from your Base wallet:**

1. Open your the Base app or Base extension homepage.

2. Select **Swap**.

3. Choose the token you want to convert, the token you'd like to receive, and the amount you want to convert.

4. Select **Confirm**.

   ○ Complete the transaction and select **Confirm** to proceed.

You will be taken to a screen that confirms the conversion has been initiated. Select **Done** or **View Transactions** to review the in-progress transaction.

https://help.coinbase.com/en/wallet/managing-account/usdc-coinbase-wallet

2



https://www.youtube.com/watch?v=ndZ3RKUSj8g



https://www.youtube.com/watch?v=ndZ3RKUSj8g

## What is Agentic Wallet?

Agentic Wallet gives any AI agent a standalone wallet to hold and spend stablecoins, or trade for other tokens on Base.

Built on Coinbase Developer Platform (CDP) infrastructure, agents can authenticate via email OTP, hold USDC, and send, trade, or pay for services without ever accessing private keys.

https://docs.cdp.coinbase.com/agentic-wallet/welcome

4



[https://docs.cdp.coinbase.com/agentic-wallet/skills/send](https://docs.cdp.coinbase.com/agentic-wallet/skills/send)

For example, USDC transfers between blockchain networks are conducted in accordance with the Cross-Chain Transfer Protocol (CCTP).  For example, "Cross-Chain Transfer Protocol (CCTP) is an on-chain utility that facilitates USDC transfers securely between blockchain networks via native burning and minting."  For example, "a user looking to move USDC from one chain to another can use the CCTP to destroy (burn) the transferred amount on the original chain and create (mint) the same amount on the destination chain."  For example, "Cross-Chain Transfer Protocol (CCTP) uses generalized message passing to facilitate the native burning and minting of USDC across supported blockchains."

At its Converge22 conference, Circle (issuer of USD Coin) unveiled their new Cross-Chain Transfer Protocol (CCTP), which is a permissionless protocol that facilitates a mint/burn mechanism allowing USDC to be sent natively across ecosystems, aiming to improve liquidity, enhance multichain interoperability and reduce the broader fragmentation of bridged assets. At a very basic level, a user looking to move USDC from one chain to another can use the CCTP to destroy (burn) the transferred amount on the original chain and create (mint) the same amount on the destination chain, assuming Circle has attested the transaction. The

https://www.coinbase.com/institutional/research-insights/research/weekly-market-commentary/october-7-risk-free-rates-usdc-update-and-cosmos-2#:~:text=USDC%20and%20cross%2Dchain%20interoperability,(expected%20in%20early%202023)

Server Wallet v1

# USDC bridging

Copy page ⌄

DeFi    Bridging    Server Wallet v1

This solutions guide explains how to bridge USDC (USD Coin) between Base and Arbitrum networks using the CDP SDK and **Circle's Cross-Chain Transfer Protocol (CCTP)**.

## Prerequisites

Before you begin, make sure you have the following:

- Installed the **CDP SDK**.
- A CDP Secret API Key (configured in a JSON file).
- Node.js and npm installed on your system.
- Have a persisted funded API Wallet on the Base network (minimum of 0.005 Base mainnet ETH and some amount of USDC) and another on Arbitrum (minimum of 0.005 Arbitrum mainnet ETH). See **creating a wallet** to quickly spin up a 1-of-1 Developer-Managed wallet, and refer to **persisting a wallet** for more information on how to save it.

## Step-by-Step Guide

### Step 1: Set Up the Project

First, let's set up our project, import the necessary dependencies, and declare the required variables including contract ABIs:

```ts
usdc-bridging.ts

import { Coinbase, Wallet } from "@coinbase/coinbase-sdk";
import { createPublicClient, decodeAbiParameters, http, keccak256, toBytes } from 'viem';
import { base } from 'viem/chains'
import os from "os";
import dotenv from "dotenv";

```

··· See all 46 lines

### Step 3: Create Bridging Function and Helper Functions

Using existing Base and Arbitrum mainnet wallets, we'll create a function to bridge USDC between the two networks.

usdc-bridging.ts

```
async function bridgeUSDC(baseWallet, arbitrumWallet, usdcAmount) {
    const baseUSDCBalance = await baseWallet.getBalance("usdc");
    const arbitrumUSDCBalance = await arbitrumWallet.getBalance("usdc");
    console.log("Base USDC initial balance:", baseUSDCBalance, "| Arbitrum
USDC initial balance:", arbitrumUSDCBalance);

    // pad the recipient address
```

··· See all 109 lines

### Step 4: Create the Main Function

Finally, let's create the main function to orchestrate the entire process:

```javascript
async function main() {
    try {
        const { BASE_WALLET_ID, ARBITRUM_WALLET_ID, SEED_FILE_PATH } = process.env;

        // Configure location to CDP Secret API Key.
        Coinbase.configureFromJson({
          filePath: `${os.homedir()}/Downloads/cdp_api_key.json`,
        });

        // Fetch funded Wallet.
        const baseWallet = await fetchWalletAndLoadSeed(BASE_WALLET_ID, SEED_FILE_PATH);
        const arbitrumWallet = await fetchWalletAndLoadSeed(ARBITRUM_WALLET_ID, SEED_FILE_PATH);

        // bridge 1 wei of USDC from base to arbitrum (0.000001 USDC)
        await bridgeUSDC(baseWallet, arbitrumWallet, 1);
        console.log("Bridge USDC completed");
    } catch (error) {
        console.error(`Error in bridging USDC: `, error);
    }
};

main();
```

## Helpful Tips

- **Gas Fees**: Ensure you have enough ETH on both Base and Arbitrum networks to cover gas fees for the transactions.

- **USDC Decimals**: Remember that USDC uses 6 decimal places. When specifying amounts, multiply by 10^6 (e.g., 1 USDC = 1000000).

- **Contract Addresses**: The contract addresses used in this guide are for mainnet. For testnet development, use the appropriate testnet contract addresses.

- **Error Handling**: In a production environment, add more robust error handling and logging to manage potential issues during the bridging process.

- **Wallet Security**: Be cautious with wallet seeds and private keys. Never expose them in your code or commit them to version control.

- **Rate Limiting**: Be aware of rate limits when calling the Circle API for attestations. Implement appropriate waiting mechanisms if necessary.

- **Testing**: Always test your bridging process with small amounts before moving larger sums.

- **Additional Networks**: This guide uses Base and Arbitrum networks. You can use other networks supported by CCTP by modifying the code.

https://web.archive.org/web/20251116060804/https://docs.cdp.coinbase.com/get-started/demo-apps/app-examples/usdc-bridging

11



https://developers.circle.com/cctp

https://developers.circle.com/cctp/references/technical-guide

**2.10. USDC Wallets.** You may elect to buy USD Coin ("**USDC**") from Coinbase, a Digital Asset issued by Circle Internet Financial ("**Circle**") and supported by Coinbase. You are the owner of the balance of your USDC Wallet. Coinbase is not the issuer of USDC, does not hold reserves for USDC, and has no obligation to repurchase your USDC for USD. You can redeem your USDC with Circle, and Coinbase may also elect to repurchase your USDC in exchange for USD. You agree to be bound by the terms of the Circle USDC User Agreement (located at https://www.circle.com/legal/usdc-terms), which provides additional obligations, undertakings, and limitations with respect to USDC.

https://www.coinbase.com/legal/user_agreement/united_states

For example, Coinbase uses various components (such as Network Load Balancers (NLBs) and APIs) for network communications via the CCTP.  CCTP TokenMessenger contracts are initially received by Coinbase's API endpoints.  Coinbase servers (via CDP API key configuration, Wallet.fetch, and invokeContract) create, load, sign, broadcast, and orchestrate the operations for executing CCTP—including depositForBurn, MessageSent event parsing, attestation polling against Circle's Iris service, and receiveMessage.  For example, Coinbase's open-source coinbase-sdk-nodejs provides a complete quickstart template demonstrating server-side execution of the entire USDC cross-chain bridge.

13



*Current active deployment with multiple nodes behind an NLB.*

https://www.coinbase.com/en-in/blog/blockchain-infrastructure-at-coinbase



https://developers.circle.com/cctp/technical-guide#cctp-message-passing

15



https://github.com/coinbase/coinbase-sdk-nodejs/blob/31b3dfe36db28ad712e21dd5421a247f4a532a51/quickstart-template/bridge-usdc.js



https://docs.cdp.coinbase.com/agentic-wallet/skills/send

| | |
|---|---|
| 1[a] receiving at an API gateway on a server a cross-blockchain value transfer request command comprising: | The Accused Products receive at an API gateway on a server a cross-blockchain value transfer request command.<br><br>For example, USD Coin (USDC) stablecoin can be purchased and swapped with Coinbase Wallet or Base application.  For example, Coinbase Wallet or Base applications communicate with the Coinbase servers, which act as an API gateway.  For example, when a user seeks to transfer USDC from one blockchain (such as Ethereum) to another blockchain (such as Polygon), the Coinbase servers receive the transfer request from Coinbase Wallet or Base application.<br><br>*See, e.g.:*<br><br>**coinbase** HELP<br><br># USDC on the Base app<br><br>USD Coin (USDC) is a stablecoin pegged to the US dollar and redeemable on a 1:1 basis for US dollars, backed by dollar-denominated assets held in segregated accounts with US-regulated financial institutions. |

18

**coinbase** HELP

## Swapping USDC

The Base app supports cross-chain swaps for assets on Ethereum, Base, Arbitrum, BNB chain, Avalanche C-Chain, Polygon, Optimism, and Solana networks. You can swap to and from USDC on any of these chains when you need one side of your swap to have a stable hold of value.

**To swap tokens from your Base wallet:**

1. Open your the Base app or Base extension homepage.

2. Select **Swap**.

3. Choose the token you want to convert, the token you'd like to receive, and the amount you want to convert.

4. Select **Confirm**.

    ○ Complete the transaction and select **Confirm** to proceed.

You will be taken to a screen that confirms the conversion has been initiated. Select **Done** or **View Transactions** to review the in-progress transaction.

https://help.coinbase.com/en/wallet/managing-account/usdc-coinbase-wallet

19



https://www.youtube.com/watch?v=ndZ3RKUSj8g



https://www.youtube.com/watch?v=ndZ3RKUSj8g

For example, USDC transfers between blockchain networks are conducted in accordance with the Cross-Chain Transfer Protocol (CCTP).  For example, "Cross-Chain Transfer Protocol (CCTP) is an on-chain utility that facilitates USDC transfers securely between blockchain networks via native burning and minting."  For example, "a user looking to move USDC from one chain to another can use the CCTP to destroy (burn) the transferred amount on the original chain and create (mint) the same amount on the destination chain."  For example, "Cross-Chain Transfer Protocol (CCTP) uses generalized message passing to facilitate the native burning and minting of USDC across supported blockchains."

21

At its Converge22 conference, Circle (issuer of USD Coin) unveiled their new Cross-Chain Transfer Protocol (CCTP), which is a permissionless protocol that facilitates a mint/burn mechanism allowing USDC to be sent natively across ecosystems, aiming to improve liquidity, enhance multichain interoperability and reduce the broader fragmentation of bridged assets. At a very basic level, a user looking to move USDC from one chain to another can use the CCTP to destroy (burn) the transferred amount on the original chain and create (mint) the same amount on the destination chain, assuming Circle has attested the transaction. The

https://www.coinbase.com/institutional/research-insights/research/weekly-market-commentary/october-7-risk-free-rates-usdc-update-and-cosmos-2#:~:text=USDC%20and%20cross%2Dchain%20interoperability,(expected%20in%20early%202023)

22

Server Wallet v1

# USDC bridging



DeFi    Bridging    Server Wallet v1

This solutions guide explains how to bridge USDC (USD Coin) between Base and Arbitrum networks using the CDP SDK and **Circle's Cross-Chain Transfer Protocol (CCTP)**.

## Prerequisites

Before you begin, make sure you have the following:

- Installed the **CDP SDK**.

- A CDP Secret API Key (configured in a JSON file).

- Node.js and npm installed on your system.

- Have a persisted funded API Wallet on the Base network (minimum of 0.005 Base mainnet ETH and some amount of USDC) and another on Arbitrum (minimum of 0.005 Arbitrum mainnet ETH). See **creating a wallet** to quickly spin up a 1-of-1 Developer-Managed wallet, and refer to **persisting a wallet** for more information on how to save it.

https://web.archive.org/web/20251116060804/https://docs.cdp.coinbase.com/get-started/demo-apps/app-examples/usdc-bridging

23



https://developers.circle.com/cctp

https://developers.circle.com/cctp/references/technical-guide

## Transfer USDC on testnet from Ethereum to Avalanche

Explore this script to transfer USDC on testnet between two EVM-compatible chains via CCTP V1 or CCTP V2

This Quickstart walks you through transferring USDC on testnet between two EVM-compatible chains, Ethereum Sepolia and Avalanche Fuji. Using `web3.js` and the CCTP API, the script demonstrates how to initiate, burn, hash messages, request attestation, and mint USDC on the destination chain to finalize the transfer.

Select the appropriate CCTP version:

**CCTP V1**    CCTP V2

To get started with CCTP V1, follow the example script provided **here**. The example uses **web3.js** to transfer USDC from a wallet address on Ethereum Sepolia testnet to another wallet address on Avalanche Fuji testnet.

>  **Interactive Tutorial with Web3 Services**
>
> If you are new to building smart contracts, check out our **interactive tutorial** where you can transfer USDC using Circle's Web3 Services: Smart Contract Platform and Programmable Wallets.

The script has five steps:

1. In this first step, you initiate a transfer of USDC from one blockchain to another, and specify the recipient wallet address on the destination chain. This step approves the Ethereum Sepolia **TokenMessenger** contract to withdraw USDC from the provided Ethereum Sepolia wallet address.

https://developers.circle.com/stablecoins/transfer-usdc-on-testnet-from-ethereum-to-avalanche

For example, Coinbase uses various components (such as Network Load Balancers (NLBs) and APIs) for network communications via the CCTP.  For example, CCTP TokenMessenger contracts are initially received by Coinbase's API endpoints.  For example, Coinbase servers (via CDP API key configuration, Wallet.fetch, and invokeContract) create, load, sign, broadcast, and orchestrate the operations for executing CCTP—including depositForBurn, MessageSent event parsing, attestation polling against Circle's Iris service, and receiveMessage. For example, Coinbase's open-source coinbase-sdk-nodejs provides a complete quickstart template demonstrating server-side execution of the entire USDC cross-chain bridge.



*Current active deployment with multiple nodes behind an NLB.*

https://www.coinbase.com/en-in/blog/blockchain-infrastructure-at-coinbase

## High-level architecture



https://aws.amazon.com/blogs/web3/powering-programmable-crypto-wallets-at-coinbase-with-aws-nitro-enclaves/

27



https://github.com/coinbase/coinbase-sdk-nodejs/blob/31b3dfe36db28ad712e21dd5421a247f4a532a51/quickstart-template/bridge-usdc.js



https://developers.circle.com/cctp/technical-guide#cctp-message-passing

| 1[a][i] a first address on a first blockchain network; | The Accused Products receive at an API gateway on a server a cross-blockchain value transfer request command comprising a first address on a first blockchain network. <br><br> For example, the CCTP architecture utilized by Coinbase uses a source domain user, source domain, and destination domain.  For example, when a user initiates a USDC transfer, the transfer request includes the user's source wallet address on the first blockchain (such as Ethereum). <br><br> *See, e.g.*: <br><br>  <br><br> https://www.youtube.com/watch?v=ndZ3RKUSj8g |
|---|---|

```
Code    Blame    181 lines (158 loc) · 6.21 KB

import { Coinbase, Wallet } from "@coinbase/coinbase-sdk";
import { createPublicClient, decodeAbiParameters, http, keccak256, toBytes } from "viem";
import { base } from "viem/chains";
import os from "os";
import dotenv from "dotenv";

dotenv.config();

// https://developers.circle.com/stablecoins/evm-smart-contracts contains the CCTP contract addresses
const BASE_TOKEN_MESSENGER_ADDRESS = "0x1682Ae6375C4E4A97e4B583BC394c861A46D8962";
const ARBITRUM_MESSAGE_TRANSMITTER_ADDRESS = "0xC30362313FBBA5cf9163F0bb16a0e01f01A896ca";

// https://developers.circle.com/stablecoins/usdc-on-main-networks contains the USDC contract addresses on chains
const USDC_BASE_ADDRESS = "0x833589fCD6eDb6E08f4c7C32D4f71b54bdA02913";

const tokenMessengerAbi = [
  {
    inputs: [
      { internalType: "uint256", name: "amount", type: "uint256" },
      { internalType: "uint32", name: "destinationDomain", type: "uint32" },
      { internalType: "bytes32", name: "mintRecipient", type: "bytes32" },
      { internalType: "address", name: "burnToken", type: "address" },
    ],
    name: "depositForBurn",
    outputs: [{ internalType: "uint64", name: "_nonce", type: "uint64" }],
    stateMutability: "nonpayable",
    type: "function",
  },
];
```

https://github.com/coinbase/coinbase-sdk-nodejs/blob/31b3dfe36db28ad712e21dd5421a247f4a532a51/quickstart-template/bridge-usdc.js

31



https://developers.circle.com/cctp/references/technical-guide



https://developers.circle.com/cctp/technical-guide#cctp-message-passing

For example, messages sent via CCTP include information such as "sourceDomain," "destinationDomain," "sender," "recipient," and "amount."

## Message Header

The top-level message header format is standard for all messages passing through CCTP.

| Field | Offset | Solidity Type | Length (bytes) | Description |
|---|---|---|---|---|
| version | 0 | uint32 | 4 | Version identifier - use 1 for CCTP |
| sourceDomain | 4 | uint32 | 4 | Source domain ID |
| destinationDomain | 8 | uint32 | 4 | Destination domain ID |
| nonce | 12 | bytes32 | 32 | Unique message nonce (see CCTP V2 Nonces) |
| sender | 44 | bytes32 | 32 | Address of MessageTransmitterV2 caller on source domain |
| recipient | 76 | bytes32 | 32 | Address to handle message body on destination domain |
| destinationCaller | 108 | bytes32 | 32 | Address permitted to call MessageTransmitterV2 on destination domain, or bytes32(0) if message can be received by any address |
| minFinalityThreshold | 140 | uint32 | 4 | Minimum finality threshold before allowed to attest (see CCTP V2 Finality Thresholds) |
| finalityThresholdExecuted | 144 | uint32 | 4 | Actual finality threshold executed from source chain (see CCTP V2 Finality Thresholds) |
| messageBody | 148 | bytes | dynamic | Application-specific message to be handled by recipient |

34

**Message Body**

The message format includes a dynamically sized `messageBody` field, used for application-specific messages. For example, `TokenMessengerV2` defines a **BurnMessageV2** with data related to cross-chain transfers.

| Field | Offset | Solidity Type | Length (bytes) | Description |
|---|---|---|---|---|
| version | 0 | uint32 | 4 | Version identifier - use 1 for CCTP |
| burnToken | 4 | bytes32 | 32 | Address of burned token on source domain |
| mintRecipient | 36 | bytes32 | 32 | Address to receive minted tokens on destination domain |
| amount | 68 | uint256 | 32 | Amount of burned tokens |
| messageSender | 100 | bytes32 | 32 | Address of caller of `depositForBurn` (or `depositForBurnWithCaller`) on source domain |
| maxFee | 132 | uint256 | 32 | Maximum fee to pay on the destination domain, specified in units of `burnToken` |
| feeExecuted | 164 | uint256 | 32 | Actual fee charged on the destination domain, specified in units of `burnToken` (capped by `maxFee`) |
| expirationBlock | 196 | uint256 | 32 | An expiration block 24 hours in the future is encoded in the message before signing by attestation service, and is respected on the destination chain. If the burn expires, it must be re-signed. Expiration acts as a safety mechanism against problems with finalization, such as a stuck sequencer. |
| hookData | 228 | bytes | dynamic | Arbitrary data to be included in the `depositForBurn` on source domain and to be executed on destination domain |

https://developers.circle.com/cctp/technical-guide#cctp-message-passing

| 1[a][ii] a first cryptocurrency type indication associated with the first | The Accused Products receive at an API gateway on a server a cross-blockchain value transfer request command comprising a first cryptocurrency type indication associated with the first blockchain network. |
|---|---|
| | For example, the value transfer request command comprises an indication of the crypto currency, such as USDC, which is associated with a first blockchain network, such as Ethereum.  For example, USDC stablecoins |

35

| | |
|---|---|
| blockchain network; | controlled by smart contracts on different blockchains with different addresses.  For example, a first network token representing USDC cryptocurrency on the Ethereum blockchain network is defined in a FiatTokenProxy contract, which includes an Ethereum address.<br><br>*See, e.g.*:<br><br><br><br>https://www.youtube.com/watch?v=ndZ3RKUSj8g |



https://developers.circle.com/cctp/technical-guide#cctp-message-passing



https://developers.circle.com/stablecoins/usdc-contract-addresses

https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48#code



**coinbase-sdk-nodejs** / quickstart-template / **bridge-usdc.js**

John-peterson-coinbase  feat: External Transaction Broadcast (#372)

Code    Blame    181 lines (158 loc) · 6.21 KB

```javascript
import { Coinbase, Wallet } from "@coinbase/coinbase-sdk";
import { createPublicClient, decodeAbiParameters, http, keccak256, toBytes } from "viem";
import { base } from "viem/chains";
import os from "os";
import dotenv from "dotenv";

dotenv.config();

// https://developers.circle.com/stablecoins/evm-smart-contracts contains the CCTP contract addresses
const BASE_TOKEN_MESSENGER_ADDRESS = "0x1682Ae6375C4E4A97e4B583BC394c861A46D8962";
const ARBITRUM_MESSAGE_TRANSMITTER_ADDRESS = "0xC30362313FBBA5cf9163F0bb16a0e01f01A896ca";

// https://developers.circle.com/stablecoins/usdc-on-main-networks contains the USDC contract addresses on chains
const USDC_BASE_ADDRESS = "0x833589fCD6eDb6E08f4c7C32D4f71b54bdA02913";

const tokenMessengerAbi = [
  {
    inputs: [
      { internalType: "uint256", name: "amount", type: "uint256" },
      { internalType: "uint32", name: "destinationDomain", type: "uint32" },
      { internalType: "bytes32", name: "mintRecipient", type: "bytes32" },
      { internalType: "address", name: "burnToken", type: "address" },
    ],
    name: "depositForBurn",
    outputs: [{ internalType: "uint64", name: "_nonce", type: "uint64" }],
    stateMutability: "nonpayable",
    type: "function",
  },
];

```

39

| | |
|---|---|
| | https://github.com/coinbase/coinbase-sdk-nodejs/blob/31b3dfe36db28ad712e21dd5421a247f4a532a51/quickstart-template/bridge-usdc.js |
| 1[a][iii] a second address on a second blockchain network; | The Accused Products receive at an API gateway on a server a cross-blockchain value transfer request command comprising a second address on a second blockchain network.<br><br>For example, the cross-blockchain value transfer request command comprises a second address on a second blockchain network, such as a user's Polygon address on the Polygon blockchain network.  For example, the transfer request includes the recipients' destination address for inclusion in the mintRecipient parameter of the CCTP message.<br><br>*See, e.g.*:<br><br><br><br>https://www.youtube.com/watch?v=ndZ3RKUSj8g |



https://www.youtube.com/watch?v=ndZ3RKUSj8g

41

| | https://developers.circle.com/cctp/references/technical-guide |



https://developers.circle.com/cctp/technical-guide#cctp-message-passing

43

For example, messages sent via CCTP include information such as "sourceDomain," "destinationDomain," "sender," "recipient," and "amount."

## Message Header

The top-level message header format is standard for all messages passing through CCTP.

| Field | Offset | Solidity Type | Length (bytes) | Description |
|---|---|---|---|---|
| version | 0 | uint32 | 4 | Version identifier - use 1 for CCTP |
| sourceDomain | 4 | uint32 | 4 | Source domain ID |
| destinationDomain | 8 | uint32 | 4 | Destination domain ID |
| nonce | 12 | bytes32 | 32 | Unique message nonce (see CCTP V2 Nonces) |
| sender | 44 | bytes32 | 32 | Address of MessageTransmitterV2 caller on source domain |
| recipient | 76 | bytes32 | 32 | Address to handle message body on destination domain |
| destinationCaller | 108 | bytes32 | 32 | Address permitted to call MessageTransmitterV2 on destination domain, or bytes32(0) if message can be received by any address |
| minFinalityThreshold | 140 | uint32 | 4 | Minimum finality threshold before allowed to attest (see CCTP V2 Finality Thresholds) |
| finalityThresholdExecuted | 144 | uint32 | 4 | Actual finality threshold executed from source chain (see CCTP V2 Finality Thresholds) |
| messageBody | 148 | bytes | dynamic | Application-specific message to be handled by recipient |

44

**Message Body**

The message format includes a dynamically sized `messageBody` field, used for application-specific messages. For example, `TokenMessengerV2` defines a **BurnMessageV2** with data related to cross-chain transfers.

| Field | Offset | Solidity Type | Length (bytes) | Description |
|---|---|---|---|---|
| version | 0 | uint32 | 4 | Version identifier - use 1 for CCTP |
| burnToken | 4 | bytes32 | 32 | Address of burned token on source domain |
| mintRecipient | 36 | bytes32 | 32 | Address to receive minted tokens on destination domain |
| amount | 68 | uint256 | 32 | Amount of burned tokens |
| messageSender | 100 | bytes32 | 32 | Address of caller of `depositForBurn` (or `depositForBurnWithCaller`) on source domain |
| maxFee | 132 | uint256 | 32 | Maximum fee to pay on the destination domain, specified in units of `burnToken` |
| feeExecuted | 164 | uint256 | 32 | Actual fee charged on the destination domain, specified in units of `burnToken` (capped by `maxFee`) |
| expirationBlock | 196 | uint256 | 32 | An expiration block 24 hours in the future is encoded in the message before signing by attestation service, and is respected on the destination chain. If the burn expires, it must be re-signed. Expiration acts as a safety mechanism against problems with finalization, such as a stuck sequencer. |
| hookData | 228 | bytes | dynamic | Arbitrary data to be included in the `depositForBurn` on source domain and to be executed on destination domain |

https://developers.circle.com/cctp/technical-guide#cctp-message-passing

| 1[a][vi] a second cryptocurrency type indication associated with | The Accused Products receive at an API gateway on a server a cross-blockchain value transfer request command comprising a second cryptocurrency type indication associated with the second blockchain network. <br><br> For example, the value transfer request command comprises a second cryptocurrency type indication, such as USDC, which is associated with the second blockchain network, such as Polygon.  For example, USDC |

45

| | |
|---|---|
| the second blockchain network; and | stablecoins are controlled by smart contracts on different blockchains with different addresses.  For example, a second network token representing USDC cryptocurrency on the Polygon blockchain network is defined in a FiatTokenProxy contract, which includes a Polygon address.<br><br>*See, e.g.*:<br><br><br>https://www.youtube.com/watch?v=ndZ3RKUSj8g |



https://www.youtube.com/watch?v=ndZ3RKUSj8g

| | https://developers.circle.com/cctp/references/technical-guide |
| --- | --- |



https://developers.circle.com/cctp/technical-guide#cctp-message-passing



https://developers.circle.com/stablecoins/usdc-contract-addresses

https://polygonscan.com/token/0x3c499c542cef5e3811e1192ce70d8cc03d5c3359#code



coinbase-sdk-nodejs / quickstart-template / **bridge-usdc.js**

**John-peterson-coinbase** feat: External Transaction Broadcast (#372)

Code    Blame    181 lines (158 loc) · 6.21 KB

```javascript
import { Coinbase, Wallet } from "@coinbase/coinbase-sdk";
import { createPublicClient, decodeAbiParameters, http, keccak256, toBytes } from "viem";
import { base } from "viem/chains";
import os from "os";
import dotenv from "dotenv";

dotenv.config();

// https://developers.circle.com/stablecoins/evm-smart-contracts contains the CCTP contract addresses
const BASE_TOKEN_MESSENGER_ADDRESS = "0x1682Ae6375C4E4A97e4B583BC394c861A46D8962";
const ARBITRUM_MESSAGE_TRANSMITTER_ADDRESS = "0xC30362313FBBA5cf9163F0bb16a0e01f01A896ca";

// https://developers.circle.com/stablecoins/usdc-on-main-networks contains the USDC contract addresses on chains
const USDC_BASE_ADDRESS = "0x833589fCD6eDb6E08f4c7C32D4f71b54bdA02913";

const tokenMessengerAbi = [
  {
    inputs: [
      { internalType: "uint256", name: "amount", type: "uint256" },
      { internalType: "uint32", name: "destinationDomain", type: "uint32" },
      { internalType: "bytes32", name: "mintRecipient", type: "bytes32" },
      { internalType: "address", name: "burnToken", type: "address" },
    ],
    name: "depositForBurn",
    outputs: [{ internalType: "uint64", name: "_nonce", type: "uint64" }],
    stateMutability: "nonpayable",
    type: "function",
  },
];
```

| | https://github.com/coinbase/coinbase-sdk-nodejs/blob/31b3dfe36db28ad712e21dd5421a247f4a532a51/quickstart-template/bridge-usdc.js |
|---|---|
| 1[a][v] a transfer quantity; | The Accused Products receive at an API gateway on a server a cross-blockchain value transfer request command comprising a transfer quantity.<br><br>For example, the transfer request command contains the transfer quantity, such as an amount of USDC or U.S. dollars being transferred.  For example, the despoitForBurn function includes an "amount."<br><br>*See, e.g.*:<br><br><br><br>https://www.youtube.com/watch?v=ndZ3RKUSj8g |



https://www.youtube.com/watch?v=ndZ3RKUSj8g

```
const tokenMessengerAbi = [
  {
    inputs: [
      { internalType: "uint256", name: "amount", type: "uint256" },
      { internalType: "uint32", name: "destinationDomain", type: "uint32" },
      { internalType: "bytes32", name: "mintRecipient", type: "bytes32" },
      { internalType: "address", name: "burnToken", type: "address" },
    ],
    name: "depositForBurn",
    outputs: [{ internalType: "uint64", name: "_nonce", type: "uint64" }],
    stateMutability: "nonpayable",
    type: "function",
  },
];
```

https://github.com/coinbase/coinbase-sdk-nodejs/blob/31b3dfe36db28ad712e21dd5421a247f4a532a51/quickstart-template/bridge-usdc.js



54

https://developers.circle.com/cctp/v1/transfer-usdc-on-testnet-from-ethereum-to-avalanche



https://developers.circle.com/cctp/technical-guide#cctp-message-passing

| | |
|---|---|
| 1[b] sending a transaction approval request to a second user associated with the second address responsive to the cross-blockchain value transfer request command, the transaction approval request comprising a request ID; | The Accused Products send a transaction approval request to a second user associated with the second address responsive to the cross-blockchain value transfer request command, the transaction approval request comprising a request ID.<br><br>For example, the Coinbase servers send a transaction approval request to a second user associated with the second address, such as an address on the Polygon network.  For example, Coinbase sends transaction approval requests to the second user via notifications, such as app alerts or emails for incoming deposits.  For example, the transaction approval request comprises a request ID, such as Coinbase's transaction IDs or hashes, which are unique identifiers generated for each transfer and included in notifications or transaction details accessible via the Coinbase API.<br><br>*See, e.g.*:<br><br><br><br>https://www.youtube.com/watch?v=ndZ3RKUSj8g |



https://www.youtube.com/watch?v=ndZ3RKUSj8g

## Understanding Wallet Addresses

A wallet address, a unique identifier in the blockchain, is a randomly generated series of alphanumeric characters that corresponds to a specific cryptocurrency stored in a blockchain wallet. It functions similarly to an email address, providing just enough information to direct funds into a holder's account without compromising the wallet's security.

https://www.coinbase.com/learn/wallet/what-is-a-wallet-address

# The Role of Wallet Addresses in Cryptocurrency Transactions

Wallet addresses play a vital role in cryptocurrency transactions. They allow users to send and receive digital assets across blockchain networks. When you want to receive cryptocurrency, you provide your wallet address to the sender. Conversely, to send cryptocurrency, the recipient's wallet address is required.

https://www.coinbase.com/learn/wallet/what-is-a-wallet-address



https://developers.circle.com/cctp/references/technical-guide

58



https://developers.circle.com/cctp/technical-guide#cctp-message-passing

59

**coinbase** HELP

Once confirmed, a transaction shows as **Completed**, indicating it can't be reversed and the funds are available for withdrawal. Until then, transactions appear as **Pending**, for various reasons.

## Common causes of pending transactions

| Cause | Details |
|---|---|
| Network sync loss or rejection | Coinbase's systems communicate with the wider crypto network. When you make a transaction, we send it to the network for approval.<br><br>Sometimes, our systems may briefly lose connection with the network. This can cause transactions to be delayed. Usually, this delay is under an hour and your transaction will go through as normal.<br><br>In rare cases, the network may reject transactions, so they remain unapproved. |

https://help.coinbase.com/en/coinbase/trading-and-funding/sending-or-receiving-cryptocurrency/why-is-my-transaction-pending

60

**coinbase** HELP

# Transaction hash

A transaction hash (abbreviated as tx hash or txn hash) is a unique identifier, like a receipt, that proves a transaction has been validated and added to the blockchain. It's often needed to locate funds.

Use a transaction hash to:

- Confirm a transaction

- Look up details such as:

  - Sending address

  - Receiving address

  - Amount

  - Date and time

  - Network fees

  - Confirmations

https://help.coinbase.com/en/coinbase/getting-started/crypto-education/what-is-a-transaction-hash-hash-id



https://github.com/coinbase/coinbase-sdk-nodejs/blob/31b3dfe36db28ad712e21dd5421a247f4a532a51/quickstart-template/bridge-usdc.js

| 1[c] receiving at the API gateway a cross-chain respond command API request from the second user comprising: the request ID; and an indication of one of accepting or denying the | The Accused Products receive at the API gateway a cross-chain respond command API request from the second user comprising the request ID and an indication of one of accepting or denying the value transfer.<br><br>For example, the Coinbase servers receive a cross-chain respond command API request from the second user on Coinbase.  For example, the cross-chain respond command API request comprises the request ID, such as Coinbase's transaction IDs or hashes, which are unique identifiers generated for each transfer and included in notifications or transaction details accessible via the Coinbase API.<br><br>*See, e.g.*: |
|---|---|

| | |
|---|---|
| value transfer; and | <br><br>https://www.youtube.com/watch?v=ndZ3RKUSj8g |



https://www.youtube.com/watch?v=ndZ3RKUSj8g

## Understanding Wallet Addresses

A wallet address, a unique identifier in the blockchain, is a randomly generated series of alphanumeric characters that corresponds to a specific cryptocurrency stored in a blockchain wallet. It functions similarly to an email address, providing just enough information to direct funds into a holder's account without compromising the wallet's security.

https://www.coinbase.com/learn/wallet/what-is-a-wallet-address

## The Role of Wallet Addresses in Cryptocurrency Transactions

Wallet addresses play a vital role in cryptocurrency transactions. They allow users to send and receive digital assets across blockchain networks. When you want to receive cryptocurrency, you provide your wallet address to the sender. Conversely, to send cryptocurrency, the recipient's wallet address is required.

https://www.coinbase.com/learn/wallet/what-is-a-wallet-address

**coinbase** HELP

Once confirmed, a transaction shows as **Completed**, indicating it can't be reversed and the funds are available for withdrawal. Until then, transactions appear as **Pending**, for various reasons.

## Common causes of pending transactions

| Cause | Details |
|---|---|
| Network sync loss or rejection | Coinbase's systems communicate with the wider crypto network. When you make a transaction, we send it to the network for approval.<br><br>Sometimes, our systems may briefly lose connection with the network. This can cause transactions to be delayed. Usually, this delay is under an hour and your transaction will go through as normal.<br><br>In rare cases, the network may reject transactions, so they remain unapproved. |

https://help.coinbase.com/en/coinbase/trading-and-funding/sending-or-receiving-cryptocurrency/why-is-my-transaction-pending

66

**coinbase** HELP

# Transaction hash

A transaction hash (abbreviated as tx hash or txn hash) is a unique identifier, like a receipt, that proves a transaction has been validated and added to the blockchain. It's often needed to locate funds.

Use a transaction hash to:

- Confirm a transaction

- Look up details such as:

  - Sending address

  - Receiving address

  - Amount

  - Date and time

  - Network fees

  - Confirmations

https://help.coinbase.com/en/coinbase/getting-started/crypto-education/what-is-a-transaction-hash-hash-id

**coinbase-sdk-nodejs** / quickstart-template / **bridge-usdc.js**

| Code | Blame |  181 lines (158 loc) · 6.21 KB |
|------|-------|-------------------------------|

```
134  v   async function getTransactionReceipt(txHash) {
135        const publicClient = createPublicClient({
136          chain: base,
137          transport: http(),
138        });
139        const receipt = await publicClient.getTransactionReceipt({
140          hash: txHash,
141        });
142        return receipt;
143      }
```

https://github.com/coinbase/coinbase-sdk-nodejs/blob/31b3dfe36db28ad712e21dd5421a247f4a532a51/quickstart-template/bridge-usdc.js

For example, a second user on Coinbase Wallet or Base application may "lock" an account, which restricts all account activity to and from that account address.  For example, a second user on Coinbase Wallet or Base application may "[a]dd an allowlist address" or enable "Whitelisting," which "restrict[s] crypto withdrawals to go only to addresses (external or Coinbase) already designated in your Address Book."  For example, depending on the conditions placed by a second user's address, an indication accepting or denying the value transfer is received at the Coinbase API gateway.

# Lock or unlock your compromised account

You should only lock your account if someone has gained unauthorized access to it. You can unlock it again by verifying your identity.

https://help.coinbase.com/en/coinbase/privacy-and-security/account-compromised/my-account-was-compromised

68

| | |
|---|---|
| | # Add an allowlist address<br><br>Allowlisting is a security feature that limits sends to the addresses in your address book.<br><br>https://help.coinbase.com/en/coinbase/managing-my-account/other/address-book-allowlist<br><br>## How does whitelisting in the address book work?<br><br>You can restrict crypto withdrawals to go only to addresses (external or Coinbase) already designated in your Address Book. To turn this feature on or off:<br><br>1. Sign into Coinbase Exchange.<br><br>2. Click Preferences in the left side bar. Then navigate to the Address Book tab.<br><br>3. Next to enable or disable **Whitelisting**, move the toggle on or off.<br><br>For security purposes, there's a holding period when you turn the feature on or off.<br><br>https://help.coinbase.com/en/exchange/managing-my-account/how-does-whitelisting-in-the-address-book-work |
| 1[c][ii] upon receiving the cross-chain response command comprising an indication of | The Accused Products, upon receiving the cross-chain response command comprising an indication of accepting the value transfer, send a command to initiate a value transfer to an exchange server.<br><br>For example, the Coinbase servers will send a command to initiate a value transfer from the first user on the Ethereum network (for example) to the second user on the Polygon network (for example) after receiving the cross-chain response command accepting the transfer value.  For example, once the Coinbase servers receive the |

69

| accepting the value transfer, sending a command to initiate a value transfer to an exchange server. | cross-chain response commend accepting the transfer value, receiveMessage is called on the destain chain's TokenMessenger, which mints USDC.<br><br>*See, e.g.*:<br><br><br><br>https://www.youtube.com/watch?v=ndZ3RKUSj8g |
|---|---|

70



https://www.youtube.com/watch?v=ndZ3RKUSj8g

|  | https://developers.circle.com/cctp/references/technical-guide |



https://developers.circle.com/cctp/technical-guide#cctp-message-passing

For example, as shown in Coinbase SDK quickstart template (bridge-usdc.js), Coinbase SDK sends the minted/exchanged value on the destination chain.

```
// step 5 - call receiveMessage on the arbitrum wallet MessageTransmitter
const receiveMessageTx = await arbitrumWallet.invokeContract({
  contractAddress: ARBITRUM_MESSAGE_TRANSMITTER_ADDRESS,
  method: "receiveMessage",
  args: {
    message: messageBytes,
    attestation: attestationSignature,
  },
  abi: messageTransmitterAbi,
});
await receiveMessageTx.wait();
console.log("Receive message transaction completed:", receiveMessageTx.getTransactionHash());

const finalBaseUSDCBalance = await baseWallet.getBalance("usdc");
const finalArbitrumUSDCBalance = await arbitrumWallet.getBalance("usdc");
console.log(
  "Base USDC final balance:",
  finalBaseUSDCBalance,
  "| Arbitrum USDC final balance:",
  finalArbitrumUSDCBalance,
);
}
```

https://github.com/coinbase/coinbase-sdk-nodejs/blob/31b3dfe36db28ad712e21dd5421a247f4a532a51/quickstart-template/bridge-usdc.js