# Exhibit 44

## U.S. PATENT NO. 11,494,764

**Accused Products:**

Coinbase's products and services, including but not limited to Coinbase's Scalable Blockchain Address Risk Scoring System, infringe at least Claim 1 of the '764 Patent.

Evidence cited and discussion of any given claim element is incorporated by reference into the evidence cited and discussion of all other relevant claim elements.

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1[pre] A blockchain value transfer filtering method performed by a server, the method comprising: | The Accused Products comprise blockchain value transfer filtering method performed by a server.<br><br>For example, the Coinbase exchange platform receives requests from users to transfer value, such as cryptocurrency (*e.g.*, Bitcoin, Ethereum) or tokens.  For example, Coinbase provides users with a digital asset "Wallet," which allows users to "store, track, transfer, and manage" a users' digital assets, such as cryptocurrencies and tokens.  For example, when a user initiates a withdrawal or transfer of cryptocurrency through Coinbase.com, the request is received by Coinbase servers.  The Coinbase servers define the request as a "transfer request" within the Coinbase systems.<br><br>*See, e.g.*: |

1

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **2. Hosted Wallet and Custodial Services**<br><br>**2.1. Hosted Wallet Services.** As part of your Coinbase Account, Coinbase will provide qualifying users: (i) hosted Digital Asset wallet(s), each of which is an account for holding Supported Digital Assets ("**Digital Asset Wallet**"), and (ii) a hosted US Dollars ("**USD**") wallet, which is an account for holding USD (a "**USD Wallet**"). You may also elect to use other products and services, such as the Coinbase vault ("**Coinbase Vault**"), or Coinbase Wallet (an unhosted wallet service); additional rules associated with such product(s) and services(s) may apply. Unless otherwise noted, all references to Digital Asset Wallet include Coinbase Vault.<br><br>**2.2. Hosted Digital Asset Wallet.** Your Digital Asset Wallet allows you to store, track, transfer, and manage your balances of Supported Digital Assets.We securely store Digital Asset private keys, which are used to process transactions, in a combination of online and offline storage. As a result of our security protocols, it may be necessary for us to retrieve private keys or related information from offline storage in order to facilitate Digital Asset Transfers (as defined below) in accordance with your instructions, and you acknowledge that this may delay the initiation or crediting of such Digital Asset Transfers.<br><br>https://www.coinbase.com/legal/user_agreement/united_states |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  https://youtu.be/HhXoGLoWhdE <br><br> **Path Params** <br><br> `transfer_uuid` uuid required <br> The UUID of the transfer request <br><br> https://docs.cdp.coinbase.com/intx/reference/gettransfer/ <br><br> For example, Coinbase uses various components (such as Network Load Balancers (NLBs) and APIs) for network communications regarding blockchain value transfers. |

3

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  Current active deployment with multiple nodes behind an NLB. <br><br> https://www.coinbase.com/en-in/blog/blockchain-infrastructure-at-coinbase <br><br> For example, the "Coinbase Scalable Blockchain Address Risk Scoring System" is "an innovative system for generating a risk score for blockchain addresses to detect if they may be involved in fraudulent transactions." "By combining different features for capturing the transaction pattern of an address with machine learning, the Scalable Blockchain Address Risk Scoring System can help predict the potential riskiness associated with a particular address." The Risk Scoring System "us[es] machine learning to predict potential fraudulent transactions and provide extended protection for users." |

4

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | # Detecting Fraudulent Transactions: Coinbase Scalable Blockchain Address Risk Scoring System<br><br>Tl;dr: Coinbase introduces an innovative risk-scoring system to generate risk score of blockchain addresses, using machine learning to predict potential fraudulent transactions and provide extended protection for users.<br><br>While Cryptocurrencies are increasingly becoming safer, a few bad actors do still exploit the pseudonymous nature of blockchain and lack of identity tied to the blockchain address.  To tackle these challenges, Coinbase introduced an innovative system for generating a risk score for blockchain addresses to detect if they may be involved in fraudulent transactions.<br><br>By combining different features for capturing the transaction pattern of an address with machine learning, the Scalable Blockchain Address Risk Scoring System can help predict the potential riskiness associated with a particular address. While no predictive system is perfect, this system has allowed us to expand our visibility for millions of blockchain addresses without Coinbase association - thus extending protection to our users.<br><br>The risk associated with an address is used in different systems like Coinbase Retail, Coinbase Wallet for cautioning the user and in some cases intentionally delaying transactions for manual review. This system has enabled significant savings of user funds, ensuring a safer and more reliable crypto experience.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

5

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Customer Risk Scoring**<br><br>As is the case in traditional financial institutions, we use a Customer Risk Scoring system to assign customers a risk rating when they join Coinbase. This allows us to identify high-risk characteristics, including ones that are indicative of potentially unusual or indicative of bad intent. When we identify high-risk indicators, our team conducts a thorough assessment to determine whether we can onboard the customer and what mitigants we might need to apply.<br><br>Unlike many other companies, however, our risk scoring system is dynamic — meaning we don't just score our customers when they join, or at a specific moment in time. Our system monitors for real time changes. This allows us to look for red flags in standard "know your customer" information, but also through location changes, asset flows, transactions, and other key information that is updated on a daily basis.<br><br>https://www.coinbase.com/en-in/blog/how-coinbase-identifies-bad-actors-and-keeps-the-ecosystem-safe<br><br>Fig. 1: Risk Scoring of Ethereum Blockchain Addresses *(RiskSEA)*<br><br>https://arxiv.org/pdf/2410.02160 |
| 1[a] receiving a request to transfer | The Accused Products receive a request to transfer value in a form of at least one of a cryptocurrency and a token at the server, defining a transfer request. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| value in a form of at least one of a cryptocurrency and a token at the server, defining a transfer request; | For example, the Coinbase exchange platform receives requests from users to transfer value, such as cryptocurrency (*e.g.*, Bitcoin, Ethereum) or tokens.  For example, Coinbase provides users with a digital asset "Wallet," which allows users to "store, track, transfer, and manage" a users' digital assets, such as cryptocurrencies and tokens.  For example, when a user initiates a withdrawal or transfer of cryptocurrency through Coinbase.com, the request is received by Coinbase servers.  The Coinbase servers define the request as a "transfer request" within the Coinbase systems.<br><br>*See, e.g.*:<br><br>## 2. Hosted Wallet and Custodial Services<br><br>**2.1. Hosted Wallet Services.** As part of your Coinbase Account, Coinbase will provide qualifying users: (i) hosted Digital Asset wallet(s), each of which is an account for holding Supported Digital Assets ("**Digital Asset Wallet**"), and (ii) a hosted US Dollars ("**USD**") wallet, which is an account for holding USD (a "**USD Wallet**"). You may also elect to use other products and services, such as the Coinbase vault ("**Coinbase Vault**"), or Coinbase Wallet (an unhosted wallet service); additional rules associated with such product(s) and services(s) may apply. Unless otherwise noted, all references to Digital Asset Wallet include Coinbase Vault.<br><br>**2.2. Hosted Digital Asset Wallet.** Your Digital Asset Wallet allows you to store, track, transfer, and manage your balances of Supported Digital Assets.We securely store Digital Asset private keys, which are used to process transactions, in a combination of online and offline storage. As a result of our security protocols, it may be necessary for us to retrieve private keys or related information from offline storage in order to facilitate Digital Asset Transfers (as defined below) in accordance with your instructions, and you acknowledge that this may delay the initiation or crediting of such Digital Asset Transfers.<br><br>https://www.coinbase.com/legal/user_agreement/united_states |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  https://youtu.be/HhXoGLoWhdE <br><br> **Path Params** <br><br> `transfer_uuid` uuid required <br> The UUID of the transfer request <br><br> https://docs.cdp.coinbase.com/intx/reference/gettransfer/ <br><br> For example, Coinbase's U.S. Patent App. Pub. No. 2025/0328906 ("the '906 Application") describes Coinbase's risk scoring system and explains that "a user of the computing device 140-a may provide user inputs via the computing device 140-a, which may result in commands, data, or any combination thereof |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | being communicated via the network 135 to the computing system custodial token platform 110 ….” '901 Application at [0019].  For example, the '601 Application teaches that “the custodial token platform 110 may implement a transaction manager 185 that supports monitoring of one or more blockchains, such as the blockchain ledger 115, for incoming transactions associated with addresses managed by the custodial token platform 110 and creating and broadcasting on-blockchain transactions when a user or customer sends a digital asset (e.g., a withdrawal).” *Id.* at [0027]. |
| 1[b] executing a first smart contract function comprised by a first smart contract stored on the server responsive to the transfer request, the first smart contract function being configured to perform data analytics on the transfer request; | The Accused Products execute a first smart contract function comprised by a first smart contract stored on the server responsive to the transfer request, the first smart contract function being configured to perform data analytics on the transfer request.<br><br>For example, Coinbase's “Risk Scoring System” utilizes server-side functionality to perform data analytics on each transfer request (the “first smart contract function”).  For example, the system performs “Data Collection & Preprocessing,” “Feature Computation & Extraction,” and “Model Training & Evaluation.”  For example, the Coinbase “Risk Scoring System” “uses a comprehensive list of features capturing an address' activity in blockchain. These features comprise (a) aggregate transaction behaviors of an address and (b) graph-based features to capture structural and transactional information.”<br><br>For example, the Risk Scoring System “model uses a comprehensive feature set combining both behavioral and graph-based features. The behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps.”  For example, the Risk Scoring System is based on “behavioral features based on volume, amount, and time to create more sophisticated and accurate models for fraud detection.”  For example, “[t]he graph based node2vec feature … captures topology of the Ethereum transaction graph (where addresses are nodes and directed edges correspond to transactions between them).”<br><br>*See, e.g.*: |

| Claim | Exemplary Evidence of Infringement |
|-------|-------------------------------------|
| | **Scalable Graph Embedding Based Risk Scoring System**<br><br><br><br>The system incorporates two major components i.e a Risk Scoring System and a Graph Embedding System for Blockchain Addresses. The graph in question here is the transaction graph of a given blockchain such as Ethereum or Bitcoin, where nodes represent addresses and directed edges represent transactions between the addresses.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk; https://arxiv.org/pdf/2410.02160 |

10

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | **Risk Scoring System for Blockchain Addresses**<br><br>The Risk Scoring System predicts the risk associated with each blockchain address. It uses a comprehensive list of features capturing an address' activity in blockchain. These features comprise (a) aggregate transaction behaviors of an address and (b) graph-based features to capture structural and transactional information. The system uses the well-known Node2Vec algorithm for generating graph node embeddings. These combined sets of features are used for generating the risk score of an address using a predictive machine learning model, trained using a supervised learning approach for which the ground truth labels were obtained from validated sources.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk<br><br>**Scalable Graph Embeddings for Blockchain Addresses**<br><br> |

11

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk<br><br>We present *RiskSEA*, a scalable system for predicting the risk for all Ethereum blockchain addresses, in the form of a risk score. The risk score is normalized to be between 0 and 1, where 0 corresponds to no risk, and 1 corresponds to a very high risk of fraudulent activity associated with the address. Our approach leverages the power of machine learning and graph analysis to identify patterns and relationships within the Ethereum network that may indicate fraudulent activity. Specifically, we use the well-known node2vec algorithm [10] to generate embeddings for each node in the Ethereum blockchain, and we use behavioral features based on volume, amount, and time to create more sophisticated and accurate models for fraud detection. Our experimental findings show that the combination of graph-based and behavioral features based on statistics can improve the accuracy and reliability of risk scores for Ethereum addresses.<br><br>https://arxiv.org/pdf/2410.02160 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | 1. Risk Scoring System: We present *RiskSEA*, a novel risk scoring system designed to efficiently and effectively generate normalized risk scores for Ethereum blockchain addresses, to predict their likelihood of being involved with fraudulent activity. The system employs a supervised machine learning approach involving a soft binary classification model, with outputs corresponding to the risk score. For training and evaluation, we use an extensive set of datasets for obtaining the ground-truth binary risk labels, including both addresses known to have engaged in malicious behavior as well as benign addresses. 2. Comprehensive Set of Features: The model uses a comprehensive feature set combining both behavioral and graph-based features. The behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps. The graph-based node2vec feature we use captures topology of the Ethereum transaction graph (where addresses are nodes and directed edges correspond to transactions between them). https://arxiv.org/pdf/2410.02160 *1) Behavioral Features:* These features capture the behavioral transaction patterns among different addresses, these are features based on timestamp, amount, and frequency of the incoming/outgoing transactions for a particular address. https://arxiv.org/pdf/2410.02160 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | For example, Coinbase's '906 Application describes "generating risk scores for blockchain addresses" utilizing a "node2vec algorithm." '906 Application at [0012].  For example, Coinbase's '906 Application describes how smart contracts are deployed or called as a part of transaction processing.  *Id.* at [0018] ("The blockchain ledger 115 may include a record of each transaction (e.g., a transaction 125) between wallets (e.g., wallet addresses) associated with the blockchain network 105."), ("For example, the nodes 145 of the blockchain network 105 may execute one or more instructions of the smart contract 130 after a method or instruction defined in the smart contract 130 is called by another device."); [0029] ("various transactions may be broadcast to the blockchain ledger 115 to cause transfer of crypto tokens, to call smart contracts, to deploy smart contracts etc."); Fig. 1.  For example, Coinbase's '906 Application explains that "the custodial token platform 110 may broadcast a message to the blockchain network 105 to cause transfer of tokens between wallets managed by the custodial token platform 110 to an external wallet, to deploy a smart contract (e.g., a self-executing program), or to call a smart contract." *Id.* at [0029].  The '601 Application further explains how "the custodial token platform 110 may implement a service" that performs "machine learning and graph analysis to identify patterns and relationships within the blockchain network 105 that may indicate fraudulent activity." *Id.* at [0031]. |
| 1[c] executing a first filter smart contract function comprised by a first filter smart contract stored on the server responsive to the transfer request, the filter smart contract function configured to: | The Accused Products execute a first filter smart contract function comprised by a first filter smart contract stored on the server responsive to the transfer request.<br><br>For example, the Coinbase "Risk Scoring System" utilizes server-side filtering logic functions.  For example, the system performs "Data Collection & Preprocessing," then "Feature Computation & Extraction," and then "Model Training & Evaluation."  For example, "[r]isk scores are numerical scores between 0 to 1 which denote the risk associated with a blockchain address."  For example, the system "prevent[s] fraudulent activities and issues alerts to users, bringing increased awareness when interacting with high risk blockchain addresses."  For example, the "risk associated with an address is used in different systems like Coinbase Retail, Coinbase Wallet for cautioning the user and in some cases intentionally delaying transactions for manual review."  For example, Coinbase explains that "[b]y stopping / delaying fraudulent transactions or showing warnings to users, we enhance security and instill confidence in our users."<br><br>*See, e.g.*: |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | By combining different features for capturing the transaction pattern of an address with machine learning, the Scalable Blockchain Address Risk Scoring System can help predict the potential riskiness associated with a particular address. While no predictive system is perfect, this system has allowed us to expand our visibility for millions of blockchain addresses without Coinbase association - thus extending protection to our users. <br><br> The risk associated with an address is used in different systems like Coinbase Retail, Coinbase Wallet for cautioning the user and in some cases intentionally delaying transactions for manual review. This system has enabled significant savings of user funds, ensuring a safer and more reliable crypto experience. <br><br> https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

15

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Scalable Graph Embedding Based Risk Scoring System**<br><br><br><br>The system incorporates two major components i.e a Risk Scoring System and a Graph Embedding System for Blockchain Addresses. The graph in question here is the transaction graph of a given blockchain such as Ethereum or Bitcoin, where nodes represent addresses and directed edges represent transactions between the addresses.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Risk Scoring System for Blockchain Addresses**<br><br>The Risk Scoring System predicts the risk associated with each blockchain address. It uses a comprehensive list of features capturing an address' activity in blockchain. These features comprise (a) aggregate transaction behaviors of an address and (b) graph-based features to capture structural and transactional information. The system uses the well-known Node2Vec algorithm for generating graph node embeddings. These combined sets of features are used for generating the risk score of an address using a predictive machine learning model, trained using a supervised learning approach for which the ground truth labels were obtained from validated sources.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk<br><br>**Scalable Graph Embeddings for Blockchain Addresses**<br><br> |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | *Risk scores are numerical scores between 0 to 1 which denote the risk associated with a blockchain address.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk<br><br>We present *RiskSEA*, a scalable system for predicting the risk for all Ethereum blockchain addresses, in the form of a risk score. The risk score is normalized to be between 0 and 1, where 0 corresponds to no risk, and 1 corresponds to a very high risk of fraudulent activity associated with the address. Our approach leverages the power of machine learning and graph analysis to identify patterns and relationships within the Ethereum network that may indicate fraudulent activity. Specifically, we use the well-known node2vec algorithm [10] to generate embeddings for each node in the Ethereum blockchain, and we use behavioral features based on volume, amount, and time to create more sophisticated and accurate models for fraud detection. Our experimental findings show that the combination of graph-based and behavioral features based on statistics can improve the accuracy and reliability of risk scores for Ethereum addresses.<br><br>https://arxiv.org/pdf/2410.02160 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | 1. Risk Scoring System: We present *RiskSEA*, a novel risk scoring system designed to efficiently and effectively generate normalized risk scores for Ethereum blockchain addresses, to predict their likelihood of being involved with fraudulent activity. The system employs a supervised machine learning approach involving a soft binary classification model, with outputs corresponding to the risk score. For training and evaluation, we use an extensive set of datasets for obtaining the ground-truth binary risk labels, including both addresses known to have engaged in malicious behavior as well as benign addresses. 2. Comprehensive Set of Features: The model uses a comprehensive feature set combining both behavioral and graph-based features. The behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps. The graph-based node2vec feature we use captures topology of the Ethereum transaction graph (where addresses are nodes and directed edges correspond to transactions between them). https://arxiv.org/pdf/2410.02160 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Customer Risk Scoring**<br><br>As is the case in traditional financial institutions, we use a Customer Risk Scoring system to assign customers a risk rating when they join Coinbase. This allows us to identify high-risk characteristics, including ones that are indicative of potentially unusual or indicative of bad intent. When we identify high-risk indicators, our team conducts a thorough assessment to determine whether we can onboard the customer and what mitigants we might need to apply.<br><br>Unlike many other companies, however, our risk scoring system is dynamic — meaning we don't just score our customers when they join, or at a specific moment in time. Our system monitors for real time changes. This allows us to look for red flags in standard "know your customer" information, but also through location changes, asset flows, transactions, and other key information that is updated on a daily basis.<br><br>https://www.coinbase.com/en-in/blog/how-coinbase-identifies-bad-actors-and-keeps-the-ecosystem-safe<br><br>For example, Coinbase's compliance tools (such as Know Your Transaction APIs) integrate filtering to monitor and flag risks "from bad actors."<br><br>Today, we are excited to share some of the tools we've developed in an effort to address the compliance needs of financial institutions, crypto businesses, law enforcement agencies, and corporations new to crypto. We are introducing a new product, Coinbase Know Your Transaction (KYT) and providing an update of our existing product, Coinbase Analytics. Together, these offerings form a suite of crypto compliance products designed to help secure the crypto economy from bad actors. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | # Introducing Coinbase KYT (Know Your Transaction) <br><br> As the largest regulated exchange in the US, it has been critical for us to work on the development of safeguards against bad actors. After years of collecting signals about how to determine if an entity or transaction is facilitating illegal activity, we developed Coinbase KYT to help businesses and institutions better mitigate risk on their own platforms through our API. Coinbase KYT is a transaction screening tool that financial institutions and crypto businesses can use to proactively manage risk based on our proprietary risk scoring system. <br><br> https://www.coinbase.com/en-gb/blog/introducing-coinbase-intelligence-crypto-compliance-at-scale <br><br> For example, Coinbase's '601 Application describes "generating risk scores for blockchain addresses and the risk scores may be indicative of respective likelihood of fraudulent activity for blockchain addresses." '906 Application at [0012].  The '601 Application further explains "[t]he technique involves a soft binary classification model with outputs corresponding to the risk score." *Id.*  For example, Coinbase's '601 Application explains "the custodial token platform 110 may use a node2vec algorithm to generate embeddings for each node in the blockchain network 105 to provide a graphical representation of a blockchain network 105, and behavioral features based on quantity of transactions, transaction amounts, time of transactions, and other behavior-related features, to facilitate accurate models for fraud detection or prediction." *Id.* at [0031]; *see also, e.g.*, *id.* at [0044] ("The risk scoring model may employ three sets of features which can capture the transactional pattern of an address."). |
| 1[c][i] check the transfer request for inconsistency with a first filtering criterion, defining an | The Accused Products' filter smart contract function is configured to check the transfer request for inconsistency with a first filtering criterion, defining an identified transfer request. <br><br> For example, Coinbase's Risk Scoring System checks each transfer request against a risk-based filtering criterion, such as a predefined risk score threshold, to identify potentially fraudulent or inconsistent transactions.  For example, "[r]isk scores are numerical scores between 0 to 1 which denote the risk |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| identified transfer request; and | associated with a blockchain address." For example, the system "prevent[s] fraudulent activities and issues alerts to users, bringing increased awareness when interacting with high risk blockchain addresses." For example, "[t]he risk associated with an address is used in different systems like Coinbase Retail, Coinbase Wallet for cautioning the user and in some cases intentionally delaying transactions for manual review." For example, Coinbase explains that "[b]y stopping / delaying fraudulent transactions or showing warnings to users, we enhance security and instill confidence in our users." <br><br> *See, e.g.*: <br><br> The blockchain address risk scoring system is being used in various Coinbase products for enhanced security of customer funds. This innovation has already saved millions of dollars for our customers by protecting their funds from fraudsters. The system is being used in multiple products in Coinbase to detect and address potential risk associated with cryptocurrency transactions. It aids in preventing fraudulent activities and issues alerts to users, bringing increased awareness when interacting with high risk blockchain addresses. <br><br> *Risk scores are numerical scores between 0 to 1 which denote the risk associated with a blockchain address. <br><br> https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

| Claim | Exemplary Evidence of Infringement |
|-------|-------------------------------------|
|  | By combining different features for capturing the transaction pattern of an address with machine learning, the Scalable Blockchain Address Risk Scoring System can help predict the potential riskiness associated with a particular address. While no predictive system is perfect, this system has allowed us to expand our visibility for millions of blockchain addresses without Coinbase association - thus extending protection to our users.<br><br>The risk associated with an address is used in different systems like Coinbase Retail, Coinbase Wallet for cautioning the user and in some cases intentionally delaying transactions for manual review. This system has enabled significant savings of user funds, ensuring a safer and more reliable crypto experience.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

23

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | We present *RiskSEA*, a scalable system for predicting the risk for all Ethereum blockchain addresses, in the form of a risk score. The risk score is normalized to be between 0 and 1, where 0 corresponds to no risk, and 1 corresponds to a very high risk of fraudulent activity associated with the address. Our approach leverages the power of machine learning and graph analysis to identify patterns and relationships within the Ethereum network that may indicate fraudulent activity. Specifically, we use the well-known node2vec algorithm [10] to generate embeddings for each node in the Ethereum blockchain, and we use behavioral features based on volume, amount, and time to create more sophisticated and accurate models for fraud detection. Our experimental findings show that the combination of graph-based and behavioral features based on statistics can improve the accuracy and reliability of risk scores for Ethereum addresses.<br><br>https://arxiv.org/pdf/2410.02160 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | 1. Risk Scoring System: We present *RiskSEA*, a novel risk scoring system designed to efficiently and effectively generate normalized risk scores for Ethereum blockchain addresses, to predict their likelihood of being involved with fraudulent activity. The system employs a supervised machine learning approach involving a soft binary classification model, with outputs corresponding to the risk score. For training and evaluation, we use an extensive set of datasets for obtaining the ground-truth binary risk labels, including both addresses known to have engaged in malicious behavior as well as benign addresses. 2. Comprehensive Set of Features: The model uses a comprehensive feature set combining both behavioral and graph-based features. The behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps. The graph-based node2vec feature we use captures topology of the Ethereum transaction graph (where addresses are nodes and directed edges correspond to transactions between them). https://arxiv.org/pdf/2410.02160 |
| 1[c][ii] implement a first response responsive to transfer the identified transfer request, the first response being at least one of | The Accused Products' filter smart contract function is configured to implement a first response responsive to transfer the identified transfer request, the first response being at least one of implementing a security response and updating a second smart contract for another value transfer transaction. For example, Coinbase's Risk Scoring System implements responses to identified high-risk transfer requests, including security actions and system updates.  For example, the system "prevent[s] fraudulent activities and issues alerts to users, bringing increased awareness when interacting with high risk blockchain addresses."  For example, "[t]he risk associated with an address is used in different systems like Coinbase |

25

| Claim | Exemplary Evidence of Infringement |
|---|---|
| implementing a security response and updating a second smart contract for another value transfer transaction; | Retail, Coinbase Wallet for cautioning the user and in some cases intentionally delaying transactions for manual review."  For example, Coinbase explains that "[b]y stopping / delaying fraudulent transactions or showing warnings to users, we enhance security and instill confidence in our users." <br><br> *See, e.g.*: <br><br> The blockchain address risk scoring system is being used in various Coinbase products for enhanced security of customer funds. This innovation has already saved millions of dollars for our customers by protecting their funds from fraudsters. The system is being used in multiple products in Coinbase to detect and address potential risk associated with cryptocurrency transactions. It aids in preventing fraudulent activities and issues alerts to users, bringing increased awareness when interacting with high risk blockchain addresses. <br><br> https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk <br><br> By combining different features for capturing the transaction pattern of an address with machine learning, the Scalable Blockchain Address Risk Scoring System can help predict the potential riskiness associated with a particular address. While no predictive system is perfect, this system has allowed us to expand our visibility for millions of blockchain addresses without Coinbase association - thus extending protection to our users. <br><br> The risk associated with an address is used in different systems like Coinbase Retail, Coinbase Wallet for cautioning the user and in some cases intentionally delaying transactions for manual review. This system has enabled significant savings of user funds, ensuring a safer and more reliable crypto experience. <br><br> https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | At Coinbase, we work hard to strengthen trust and security within the crypto ecosystem. Our system for assessing the risk associated with blockchain addresses is designed to help identify malicious addresses and fraudulent transactions. The system is able to handle the very large scale of the blockchain networks and effectively takes into account the evolving nature of the blockchain.  By stopping / delaying fraudulent transactions or showing warnings to users, we enhance security and instill confidence in our users. Coinbase also has a system for detecting ERC-20 scam tokens. Read more about it here.<br><br>For example, the Coinbase "system incorporates two major components i.e a Risk Scoring System and a Graph Embedding System for Blockchain Addresses."  For example, Coinbase "built a scalable approach for generating graph embedding for blockchain addresses by performing incremental training."  "The system performs an initial training of the Node2Vec model, then incrementally adds addresses which have transacted since the last training run."  "[T]his approach captures evolving transaction patterns for an address, thereby strengthening the system's capability to effectively detect fraudulent addresses and transactions by capturing fraud patterns employed by fraudsters."  For example, the "system is based on a dynamic variant of the node2vec algorithm and is therefore able to effectively handle the dynamic and evolving nature of transaction graphs which have new nodes and transactions added over time." |

27

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Scalable Graph Embedding Based Risk Scoring System**<br><br><br><br>The system incorporates two major components i.e a Risk Scoring System and a Graph Embedding System for Blockchain Addresses. The graph in question here is the transaction graph of a given blockchain such as Ethereum or Bitcoin, where nodes represent addresses and directed edges represent transactions between the addresses.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Scalable Graph Embeddings for Blockchain Addresses**<br><br> |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | As of October 2023, Ethereum boasts approximately 270M addresses and Bitcoin has approximately 1.2B addresses. These numbers reflect the scale and complexity of blockchain networks which presents a unique challenge for generating graph embeddings for address. At Coinbase we therefore built a scalable approach for generating graph embedding for blockchain addresses by performing incremental training. The system incorporates a dynamic Node2Vec learning algorithm along with a distributed MapReduce approach for efficiently generating Node2Vec embeddings. The system performs an initial training of the Node2Vec model, then incrementally adds addresses which have transacted since the last training run. This helps in addressing the challenges associated with the large scale and dynamically evolving nature of blockchain transaction graphs. Utilizing Node2Vec embedding, this approach captures evolving transaction patterns for an address, thereby strengthening the system's capability to effectively detect fraudulent addresses and transactions by capturing fraud patterns employed by fraudsters.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | We present *RiskSEA*, a scalable system for predicting the risk for all Ethereum blockchain addresses, in the form of a risk score. The risk score is normalized to be between 0 and 1, where 0 corresponds to no risk, and 1 corresponds to a very high risk of fraudulent activity associated with the address. Our approach leverages the power of machine learning and graph analysis to identify patterns and relationships within the Ethereum network that may indicate fraudulent activity. Specifically, we use the well-known node2vec algorithm [10] to generate embeddings for each node in the Ethereum blockchain, and we use behavioral features based on volume, amount, and time to create more sophisticated and accurate models for fraud detection. Our experimental findings show that the combination of graph-based and behavioral features based on statistics can improve the accuracy and reliability of risk scores for Ethereum addresses.<br><br>The system we describe is scalable enough to be able to provide risk scores for every Ethereum address (as of September 2023, there are approximately 266 million nodes on Ethereum). For this purpose, we present and evaluate different scalability approaches. To our knowledge it is the first such comprehensive system ever developed and deployed in practice. Further, our system is based on a dynamic variant of the node2vec algorithm [11] and is therefore able to effectively handle the dynamic and evolving nature of transaction graphs which have new nodes and transactions added over time.<br><br>https://arxiv.org/pdf/2410.02160 |

31

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | For example, Coinbase's '601 Application explains that "the custodial token platform 110 may implement a transaction manager 185 that supports monitoring of one or more blockchains, such as the blockchain ledger 115, for incoming transactions associated with addresses managed by the custodial token platform 110 and creating and broadcasting on-blockchain transactions when a user or customer sends a digital asset (e.g., a withdrawal)." '601 Application at [0027].  For example, Coinbase's '601 Application describes that "transactions may be broadcast to the blockchain ledger 115 to cause transfer of crypto tokens, to call smart contracts, to deploy smart contracts etc." *Id.* at [0029].<br><br>For example, in connection with Figure 4, Coinbase's '601 Application teaches "[a]t 410, the blockchain embedding service 440 may generate, using the graph representation of the blockchain network, a second set of node embeddings for a second set of blockchain addresses that are associated with new transaction data since generation of the first set of node embeddings." '601 Application at [0047]. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |

FIG. 4 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | The '601 Application further explains that "[a]fter computing the risk score, at 435, the blockchain embedding service 440 may iterate the generation of the second set of node embeddings." *Id.* at [0051]. "That is, the blockchain embedding service 440 may identify nodes (e.g., delta nodes) with new transaction data since computing the last risk scores and generate new embeddings based on new random walks for the delta nodes. The blockchain embedding service 440 may then generate new risk scores based on the new embeddings." *Id.* |
| 1[d] recording a result of execution of the first filter smart contract function to at least one of a database and an analytics service; | The Accused Products record a result of execution of the first filter smart contract function to at least one of a database and an analytics service. <br><br> For example, Coinbase's Risk Scoring System filters addresses and records the outcomes into databases or analytics services for compliance, monitoring, and model training.  For example, Coinbase's "approach leverages the power of machine learning and graph analysis to identify patterns and relationships within the Ethereum network that may indicate fraudulent activity."  For example, system "uses a comprehensive list of features capturing an address' activity in blockchain. These features comprise (a) aggregate transaction behaviors of an address and (b) graph-based features to capture structural and transactional information."  For example, "[t]hese combined sets of features are used for generating the risk score of an address using a predictive machine learning model, trained using a supervised learning approach for which the ground truth labels were obtained from validated sources."  For example, "[f]or training and evaluation," the system "uses an extensive set of datasets for obtaining the ground-truth binary risk labels, including both addresses known to have engaged in malicious behavior as well as benign addresses." <br><br> *See, e.g.*: |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Scalable Graph Embedding Based Risk Scoring System**<br><br><br><br>The system incorporates two major components i.e a Risk Scoring System and a Graph Embedding System for Blockchain Addresses. The graph in question here is the transaction graph of a given blockchain such as Ethereum or Bitcoin, where nodes represent addresses and directed edges represent transactions between the addresses.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Risk Scoring System for Blockchain Addresses**<br><br>The Risk Scoring System predicts the risk associated with each blockchain address. It uses a comprehensive list of features capturing an address' activity in blockchain. These features comprise (a) aggregate transaction behaviors of an address and (b) graph-based features to capture structural and transactional information. The system uses the well-known Node2Vec algorithm for generating graph node embeddings. These combined sets of features are used for generating the risk score of an address using a predictive machine learning model, trained using a supervised learning approach for which the ground truth labels were obtained from validated sources.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | We present *RiskSEA*, a scalable system for predicting the risk for all Ethereum blockchain addresses, in the form of a risk score. The risk score is normalized to be between 0 and 1, where 0 corresponds to no risk, and 1 corresponds to a very high risk of fraudulent activity associated with the address. Our approach leverages the power of machine learning and graph analysis to identify patterns and relationships within the Ethereum network that may indicate fraudulent activity. Specifically, we use the well-known node2vec algorithm [10] to generate embeddings for each node in the Ethereum blockchain, and we use behavioral features based on volume, amount, and time to create more sophisticated and accurate models for fraud detection. Our experimental findings show that the combination of graph-based and behavioral features based on statistics can improve the accuracy and reliability of risk scores for Ethereum addresses.<br><br>https://arxiv.org/pdf/2410.02160 |

37

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | 1. Risk Scoring System: We present *RiskSEA*, a novel risk scoring system designed to efficiently and effectively generate normalized risk scores for Ethereum blockchain addresses, to predict their likelihood of being involved with fraudulent activity. The system employs a supervised machine learning approach involving a soft binary classification model, with outputs corresponding to the risk score. For training and evaluation, we use an extensive set of datasets for obtaining the ground-truth binary risk labels, including both addresses known to have engaged in malicious behavior as well as benign addresses. 2. Comprehensive Set of Features: The model uses a comprehensive feature set combining both behavioral and graph-based features. The behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps. The graph-based node2vec feature we use captures topology of the Ethereum transaction graph (where addresses are nodes and directed edges correspond to transactions between them).<br><br>https://arxiv.org/pdf/2410.02160 |
| 1[e] transmitting the transfer request to a transaction pattern learning system; | The Accused Products transmit the transfer request to a transaction pattern learning system.<br><br>For example, Coinbase's Risk Scoring System transmits transfer requests to its machine learning infrastructure to provide "incremental training of [the] embedding model."  For example, Coinbase "built a scalable approach for generating graph embedding for blockchain addresses by performing incremental training."  "The system performs an initial training of the Node2Vec model, then incrementally adds addresses which have transacted since the last training run." For example, "[t]he model uses a comprehensive feature set combining both behavioral and graph-based features."  For example, "[t]he |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps."  For example, "[t]he graph based node2vec feature … captures topology of the Ethereum transaction graph (where addresses are nodes and directed edges correspond to transactions between them)." <br><br> *See, e.g.:* <br><br> |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | As of October 2023, Ethereum boasts approximately 270M addresses and Bitcoin has approximately 1.2B addresses. These numbers reflect the scale and complexity of blockchain networks which presents a unique challenge for generating graph embeddings for address. At Coinbase we therefore built a scalable approach for generating graph embedding for blockchain addresses by performing incremental training. The system incorporates a dynamic Node2Vec learning algorithm along with a distributed MapReduce approach for efficiently generating Node2Vec embeddings. The system performs an initial training of the Node2Vec model, then incrementally adds addresses which have transacted since the last training run. This helps in addressing the challenges associated with the large scale and dynamically evolving nature of blockchain transaction graphs. Utilizing Node2Vec embedding, this approach captures evolving transaction patterns for an address, thereby strengthening the system's capability to effectively detect fraudulent addresses and transactions by capturing fraud patterns employed by fraudsters.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | 1. Risk Scoring System: We present *RiskSEA*, a novel risk scoring system designed to efficiently and effectively generate normalized risk scores for Ethereum blockchain addresses, to predict their likelihood of being involved with fraudulent activity. The system employs a supervised machine learning approach involving a soft binary classification model, with outputs corresponding to the risk score. For training and evaluation, we use an extensive set of datasets for obtaining the ground-truth binary risk labels, including both addresses known to have engaged in malicious behavior as well as benign addresses. <br><br>2. Comprehensive Set of Features: The model uses a comprehensive feature set combining both behavioral and graph-based features. The behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps. The graph-based node2vec feature we use captures topology of the Ethereum transaction graph (where addresses are nodes and directed edges correspond to transactions between them). <br><br>https://arxiv.org/pdf/2410.02160 <br><br>For example, in connection with Figure 2, Coinbase's '601 Application explains that "FIG. 2 illustrates examples operations for incremental training of the Node2Vec embedding model." '601 Application at [0034]. For example, the '601 Application describes that "[a] service (e.g., implemented custodial token platform 110 of FIG. 1) may perform initial training of the Node2Vec model and then incrementally add recently transacted blockchain addresses." *Id.* at [0035]. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>For example, the '601 Application further describes that "[t]he Node2Vec model 225 may be stored at an initial time, t−1, which may be used for training" and "may be updated and saved periodically at subsequent times, t, since the initial training (e.g., after incremental updating with new data for better results)." *Id.* at [0036].<br><br>For example, in connection with Figure 3, Coinbase's '601 Application teaches that "[a]fter initial training, an incremental training may be performed (e.g., daily) where random walks 330 are generated on the delta nodes 305 that are inputted to the model for retraining." '601 Application at [0043]. |

42

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |
| 1[f] receiving a second filter smart | The Accused Products receive a second filter smart contract comprising a second filter smart contract function from the transaction pattern learning system. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| contract comprising a second filter smart contract function from the transaction pattern learning system; and | For example, the Coinbase Risk Scoring System periodically updates its filtering logic based on machine learning insights.  For example, Coinbase "built a scalable approach for generating graph embedding for blockchain addresses by performing incremental training."  "The system performs an initial training of the Node2Vec model, then incrementally adds addresses which have transacted since the last training run."  For example, "[t]he model uses a comprehensive feature set combining both behavioral and graph-based features."  For example, "[t]he behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps."  For example, the "[t]he graph based node2vec feature … captures topology of the Ethereum transaction graph."  For example, "Node2Vec is a graph-based machine learning algorithm that can be used to analyze the structure of a network….  The node embeddings learned by Node2Vec algorithm capture the structural information of the graph, such as connections between nodes and relative proximity of nodes to one another."  For example, Coinbase's "Incremental Training of Node2Vec Embedding Model" includes the step "save_n2v_model(timestamp_t)" after training.  <br><br>*See, e.g.*: |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Scalable Graph Embedding Based Risk Scoring System**  The system incorporates two major components i.e a Risk Scoring System and a Graph Embedding System for Blockchain Addresses. The graph in question here is the transaction graph of a given blockchain such as Ethereum or Bitcoin, where nodes represent addresses and directed edges represent transactions between the addresses. https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

45

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |

46

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | As of October 2023, Ethereum boasts approximately 270M addresses and Bitcoin has approximately 1.2B addresses. These numbers reflect the scale and complexity of blockchain networks which presents a unique challenge for generating graph embeddings for address. At Coinbase we therefore built a scalable approach for generating graph embedding for blockchain addresses by performing incremental training. The system incorporates a dynamic Node2Vec learning algorithm along with a distributed MapReduce approach for efficiently generating Node2Vec embeddings. The system performs an initial training of the Node2Vec model, then incrementally adds addresses which have transacted since the last training run. This helps in addressing the challenges associated with the large scale and dynamically evolving nature of blockchain transaction graphs. Utilizing Node2Vec embedding, this approach captures evolving transaction patterns for an address, thereby strengthening the system's capability to effectively detect fraudulent addresses and transactions by capturing fraud patterns employed by fraudsters.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk<br><br>2. Comprehensive Set of Features: The model uses a comprehensive feature set combining both behavioral and graph-based features. The behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps. The graph-based node2vec feature we use captures topology of the Ethereum transaction graph (where addresses are nodes and directed edges correspond to transactions between them).<br>https://arxiv.org/pdf/2410.02160 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | *2) Node2Vec Embeddings:* Node2Vec is a graph-based machine learning algorithm that can be used to analyze the structure of a network [10]. It is based on the idea of learning low-dimensional representations i.e embeddings for nodes in a graph. The node embeddings learned by Node2Vec algorithm capture the structural information of the graph, such as connections between nodes and relative proximity of nodes to one another.<br><br>When analyzing addresses that engage in transactions within the blockchain, we utilize Node2Vec embedding to generate graph based features for our classifier model. Node2Vec helps us create numerical representations (embeddings) for each address based on relationships and connections it has with other addresses in the blockchain network. Embeddings generated by Node2Vec are particularly valuable because they capture the topology of the graph. Malicious addresses often disperse their funds<br><br>https://arxiv.org/pdf/2410.02160 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Algorithm 3: Incremental Training of Node2Vec Embedding Model<br><br>1: **Function** *incremental_dynN2Vchain_training()* **is**<br>2:     **#Find nodes involved in transaction since last run** $t-1$<br>3:     delta_nodes = *find_delta_nodes*()<br>4:     random_walks = *generate_random_walks*()<br>5:     **# Load node2vec model at timestamp** $t-1$ **and perform model training**<br>6:     n2v_model = *load_node2vec_model*()<br>7:     n2v_model = *node2vec_model_training*()<br>8:     *save_n2v_model*(timestamp_t)<br><br>https://arxiv.org/pdf/2410.02160<br><br>For example, Coinbase's '601 Application describes that "[a]fter performing the random walks, the generated random walks 210 may be used in the Node2Vec model training 215." '601 Application at [0036]. "The Node2Vec model 225 may be stored at an initial time, t−1, which may be used for training. The Node2Vec model training 215 may be updated and saved periodically at subsequent times, t, since the initial training (e.g., after incremental updating with new data for better results)." *Id.*<br><br>For example, in connection with Figure 4, Coinbase's '601 Application teaches "[a]t 410, the blockchain embedding service 440 may generate, using the graph representation of the blockchain network, a second set of node embeddings for a second set of blockchain addresses that are associated with new transaction data since generation of the first set of node embeddings." '601 Application at [0047]. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |

FIG. 4 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | The '601 Application further explains that "[a]fter computing the risk score, at 435, the blockchain embedding service 440 may iterate the generation of the second set of node embeddings." *Id.* at [0051]. "That is, the blockchain embedding service 440 may identify nodes (e.g., delta nodes) with new transaction data since computing the last risk scores and generate new embeddings based on new random walks for the delta nodes. The blockchain embedding service 440 may then generate new risk scores based on the new embeddings." *Id.* |
| 1[g] storing the second filter smart contract on the server for execution responsive to receiving subsequent transfer requests. | The Accused Products store the second filter smart contract on the server for execution responsive to receiving subsequent transfer requests.<br><br>For example, Coinbase's Risk Scoring System deploys updated filtering logic and/or machine learning models, which are stored and applied to subsequent transfer requests. For example, Coinbase "built a scalable approach for generating graph embedding for blockchain addresses by performing incremental training." "The system performs an initial training of the Node2Vec model, then incrementally adds addresses which have transacted since the last training run." For example, "[t]he model uses a comprehensive feature set combining both behavioral and graph-based features." For example, "[t]he behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps." For example, the "[t]he graph based node2vec feature … captures topology of the Ethereum transaction graph." For example, "Node2Vec is a graph-based machine learning algorithm that can be used to analyze the structure of a network…. The node embeddings learned by Node2Vec algorithm capture the structural information of the graph, such as connections between nodes and relative proximity of nodes to one another." For example, Coinbase's "Incremental Training of Node2Vec Embedding Model" includes the step "save_n2v_model(timestamp_t)" after training.<br><br>*See, e.g.*: |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Scalable Graph Embedding Based Risk Scoring System**<br><br><br><br>The system incorporates two major components i.e a Risk Scoring System and a Graph Embedding System for Blockchain Addresses. The graph in question here is the transaction graph of a given blockchain such as Ethereum or Bitcoin, where nodes represent addresses and directed edges represent transactions between the addresses.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Scalable Graph Embeddings for Blockchain Addresses** |

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | As of October 2023, Ethereum boasts approximately 270M addresses and Bitcoin has approximately 1.2B addresses. These numbers reflect the scale and complexity of blockchain networks which presents a unique challenge for generating graph embeddings for address. At Coinbase we therefore built a scalable approach for generating graph embedding for blockchain addresses by performing incremental training. The system incorporates a dynamic Node2Vec learning algorithm along with a distributed MapReduce approach for efficiently generating Node2Vec embeddings. The system performs an initial training of the Node2Vec model, then incrementally adds addresses which have transacted since the last training run. This helps in addressing the challenges associated with the large scale and dynamically evolving nature of blockchain transaction graphs. Utilizing Node2Vec embedding, this approach captures evolving transaction patterns for an address, thereby strengthening the system's capability to effectively detect fraudulent addresses and transactions by capturing fraud patterns employed by fraudsters.<br><br>https://www.coinbase.com/blog/detecting-fraudulent-transactions-coinbase-scalable-blockchain-address-risk<br><br>2. Comprehensive Set of Features: The model uses a comprehensive feature set combining both behavioral and graph-based features. The behavioral features aim to capture the transactional behavior pattern of an address based on transaction amount and timestamps. The graph-based node2vec feature we use captures topology of the Ethereum transaction graph (where addresses are nodes and directed edges correspond to transactions between them).<br>https://arxiv.org/pdf/2410.02160 |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | *2) Node2Vec Embeddings:* Node2Vec is a graph-based machine learning algorithm that can be used to analyze the structure of a network [10]. It is based on the idea of learning low-dimensional representations i.e embeddings for nodes in a graph. The node embeddings learned by Node2Vec algorithm capture the structural information of the graph, such as connections between nodes and relative proximity of nodes to one another. <br><br> When analyzing addresses that engage in transactions within the blockchain, we utilize Node2Vec embedding to generate graph based features for our classifier model. Node2Vec helps us create numerical representations (embeddings) for each address based on relationships and connections it has with other addresses in the blockchain network. Embeddings generated by Node2Vec are particularly valuable because they capture the topology of the graph. Malicious addresses often disperse their funds <br><br> https://arxiv.org/pdf/2410.02160 |

55

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | **Algorithm 3:** Incremental Training of Node2Vec Embedding Model<br><br>1: **Function** *incremental_dynN2Vchain_training()* **is**<br>2:   **#Find nodes involved in transaction since last run** $t-1$<br>3:   delta_nodes = *find_delta_nodes*()<br>4:   random_walks = *generate_random_walks*()<br>5:   **# Load node2vec model at timestamp** $t-1$ **and perform model training**<br>6:   n2v_model = *load_node2vec_model*()<br>7:   n2v_model = *node2vec_model_training*()<br>8:   *save_n2v_model*(timestamp_t)<br><br>https://arxiv.org/pdf/2410.02160<br><br>For example, in connection with Figure 2, Coinbase's '601 Application describes that "[t]he Node2Vec model 225 may be stored at an initial time, t−1, which may be used for training" and "may be updated and saved periodically at subsequent times, t, since the initial training (e.g., after incremental updating with new data for better results)." '601 Application at [0036]. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>For example, Coinbase's '601 Application further teaches that "the data resulting from the random walk for the node is stored to the distributed file system."  '601 Application at [0062]; *see also, e.g.*, *id.* at [0071] ("Storage 740 may be configured to store data that is generated, processed, stored, or otherwise used by the system 705. In some cases, the storage 740 may include one or more HDDs, one or more SDDs, or both. In some examples, the storage 740 may be an example of a single database, a distributed database, multiple distributed databases, a data store, a data lake, or an emergency backup database."). |